IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DELICIA CORDON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | CASE NO: |
| v. | : | 1:19-CV-00037-MLB |
| | : | |
| LESHAWN KAMEL MCCOY, | : | |
| TAMARCUS JEROD PORTER, and | : | |
| LKM TRUST, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S REPLY AND OBJECTION TO DEFENDANT TAMARCUS JEROD PORTER'S RESPONSE TO PLAINTIFF'S VOLUNTARY DISMISSAL**

**COMES NOW**, DELICIA CORDON, Plaintiff in the above-captioned matter, and by and through her undersigned counsel, hereby files this, her REPLY TO DEFENDANT TAMARCUS JEROD PORTER'S RESPONSE TO PLAINTIFF'S VOLUNTARY DISMISSAL, and shows this Honorable Court as follows:

## I.  INTRODUCTION

On August 27, 2019, Plaintiff filed her VOLUNTARY DISMISSAL OF DEFENDANT TAMARCUS JEROD PORTER WITHOUT PREJUDICE ("Voluntary Dismissal") in the above-captioned matter. On September 9, 2019, Defendant Tamarcus Jerod Porter

1

("Defendant Porter") filed his RESPONSE TO PLAINTIFF'S VOLUNTARY DISMISSAL ("Response") in the above-captioned matter.

Defendant Porter is erroneously attempting to use said response as a vehicle to request a discretionary Order from this Court subsequent to the proper filing of Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

## II. ARGUMENT AND MEMORANDUM OF LAW

### A. The Plaintiff Did Not Move the Court for a Discretionary Party Removal, Pursuant to Fed. R. Civ. P. 21, Plaintiff Filed a Voluntary Dismissal in the Instant Case, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

A Plaintiff may dismiss an action without a Court Order by filing a notice of dismissal *before the opposing party serves either an answer or a motion for summary judgment*." (emphasis supplied). *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *See Also Rismed Oncology Sys. V. Baron*, 297 F.R.D. 637 (2014), quoting *American Cyanamid Co. v. McGhee*, 317 F.2d 295 (5th Cir. 1963).

Here, Plaintiff strictly adhered to the procedure set forth in Fed. R. Civ. P. 41(a)(1)(A)(i), and as such, said voluntary dismissal of Defendant Tamarcus Jerod Porter Without Prejudice was and is proper. Defendant Porter is surreptitiously attempting to use his response to erroneously move the Court to exercise control over the manner of Plaintiff's dismissal.

Defendant Porter erroneously attempts to classify Plaintiff's action as dropping a party. However, Plaintiff did not simply drop a party, Plaintiff dismissed the entire action with respect to Defendant Porter. Various of Defendant Porter's acts were separate and apart from Defendant McCoy's acts, and any and all claims against Defendant Porter, including those exclusive from the claims and allegations against Defendant McCoy, have been dismissed. This distinction evinces the practical difference between a voluntary dismissal and the removal of a party from the litigation.

### B. Dismissing Defendant Porter from the Instant Litigation with Prejudice Would Unfairly Prejudice the Plaintiff.

In his Response, Defendant Porter asserts that "failure to enter on Order of Dismissal With Prejudice would greatly prejudice Defendant Porter in the event Plaintiff re-asserts similar claims in another venue, thereby creating multiplicity of claims." This claim is disingenuous for multiple reasons. First, multiplicity of claims refers to a Plaintiff asserting certain claims in one venue and other claims in another venue, despite all claims arising from the same facts and circumstances. That is simply not the case here. Plaintiff is not adjudicating certain claims against Defendant Porter in this Honorable Court and other claims against Defendant Porter in another court. Plaintiff is dismissing the entire action against Defendant Porter, without prejudice.

Next, not only does the Defendant grasp for hypotheticals to substantiate his claim of prejudice against him, it is actually the Plaintiff who would be prejudiced by an Order of Dismissal With Prejudice. As the Court is fully aware, the discovery phase of the instant litigation has been stayed for the better portion of a year. On January 29, 2019, the Court informed the parties that discovery would be stayed pending the Court's rulings on the pending motions to dismiss and motion to remand. To date, said motions have not been ruled upon by the Court. Further, to date, no discovery has been exchanged in this matter. Dismissing Defendant Porter with prejudice would be extremely prejudicial to Plaintiff, as Plaintiff has not had the opportunity to review any and all discoverable documents and responses from Defendant McCoy or Defendant Porter. If Defendant Porter was dismissed from the instant action with prejudice, and Plaintiff subsequently received discoverable material which substantiated Defendant Porter's liability in this matter, Plaintiff would be unable to seek proper recourse against Defendant Porter.

### III. CONCLUSION

Plaintiff's Voluntary Dismissal of Defendant Porter Without Prejudice was properly filed and Plaintiff did not require leave of Court to do so. See Fed. R. Civ. P. 41(a)(1)(A)(i). Further, as analyzed above, entering an Order Dismissing

Defendant Porter with Prejudice would unnecessarily and unfairly prejudice the Plaintiff. As such, Defendant's Response should be stricken, and the relief therein requested should be DENIED in its entirety with all attorney's fees and costs associated therewith cast upon Defendant Porter.

RESPECTFULLY SUBMITTED, this 12th day of September, 2019.

| | |
|---|---|
| 3212 Northlake Parkway, N.E.<br>Box 450929<br>Atlanta, Georgia 31145<br>770.492.9013 Telephone<br>770.492.9017 Facsimile | THE LAW OFFICE OF<br>TANYA MITCHELL GRAHAM, P.C.<br>*Attorneys for Plaintiff*<br><br>*/s/ TMGral*<br>_____<br>Tanya Mitchell Graham, Esquire<br>Georgia Bar No.: 513595<br>Demetrius J. Price, Esquire<br>Georgia Bar No.: 518237<br>Kiarra L. Brown, Esquire<br>Georgia Bar No.: 979459 |

# Exhibit "A"



Demetrius J. Price, Esquire

## Activity in Case 1:19-cv-00037-MLB Cordon v. McCoy et al Order on Motion to Stay
1 message

**ganddb_efile_notice@gand.uscourts.gov** <ganddb_efile_notice@gand.uscourts.gov>  Tue, Jan 29, 2019 at 12:03 PM
To: CourtMail@gand.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Have you upgraded your PACER account? To continue e-filing, all registered attorneys must upgrade to an individual PACER account by April 13, 2019. Confirm your account type by logging in to **PACER.gov** and click on Manage My Account to confirm that your account type is "Upgraded PACER Account." If you have a Legacy PACER Account, you will need to complete the upgrade process.

### U.S. District Court
### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 1/29/2019 at 12:03 PM EST and filed on 1/29/2019
**Case Name:**       Cordon v. McCoy et al
**Case Number:**     1:19-cv-00037-MLB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER (by docket entry only) granting Defendants' [7] Motion to Stay. All discovery and related deadlines are stayed pending the Court's rulings on the pending motions to dismiss and motion to remand. Ordered by Judge Michael L. Brown on 1/29/2019. (bgt)**

**1:19-cv-00037-MLB Notice has been electronically mailed to:**

Amanda R. Clark Palmer &nbsp &nbsp aclark@gsllaw.com, yvq@gsllaw.com

Demetrius Jay Price &nbsp &nbsp djprice@tmgesq.com

Donald Franklin Samuel &nbsp &nbsp dfs@gsllaw.com, hh@gsllaw.com

George E. Duncan , Jr. &nbsp &nbsp gduncan@dcplaw.com, dmeacham@dcplaw.com, kmcleod@dcplaw.com, sdavis@dcplaw.com, vweiss@dcplaw.com

Joshua Paul Gunnemann &nbsp &nbsp jgunnemann@rh-law.com, yburnam@rh-law.com

Katherine Leigh D'Ambrosio &nbsp &nbsp kdambrosio@rh-law.com

Robin N. Loeb &nbsp &nbsp rnl@gsllaw.com

Tanya Mitchell Graham &nbsp &nbsp tmgraham@mindspring.com

**1:19-cv-00037-MLB Notice has been delivered by other means to:**

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to the Local Rules of the United States District Court for the Northern District of Georgia, the foregoing document entitled "PLAINTIFF'S REPLY AND OBJECTION TO DEFENDANT TAMARCUS JEROD PORTER'S RESPONSE PLAINTIFF'S VOLUNTARY DISMISSAL" complies with the font and point selections approved by the Court in Local Rule 5.1(C). The foregoing pleading was prepared using 13-point Book Antiqua font, double-spaced.

RESPECTFULLY SUBMITTED, this 12th day of September, 2019.

3212 Northlake Parkway, N.E.  
Box 450929  
Atlanta, Georgia 31145  
770.492.9013 Telephone  
770.492.9017 Facsimile

THE LAW OFFICE OF  
TANYA MITCHELL GRAHAM, P.C.  
*Attorneys for Plaintiff*

/s/ TMGral

Tanya Mitchell Graham, Esquire  
Georgia Bar No.: 513595  
Demetrius J. Price, Esquire  
Georgia Bar no.: 518237  
Kiarra L. Brown, Esquire  
Georgia Bar No.: 979459

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following with a copy of PLAINTIFF'S REPLY AND OBJECTION TO DEFENDANT TAMARCUS JEROD PORTER'S RESPONSE PLAINTIFF'S VOLUNTARY DISMISSAL via the Clerk of Court CM/ECF system and/or via statutory electronic service.

| Donald F. Samuel, Esq. | George Duncan, Jr., Esq. | Lisa Rose, Esq. |
| --- | --- | --- |
| Amanda C. Palmer, Esq. | 900 Circle Parkway | 4880 Lower Roswell Rd. |
| Robin N. Loeb, Esq. | Suite 1400 | Suite 165-522 |
| 3151 Maple Drive NE | Atlanta, GA 30309 | Marietta, GA 30068 |
| Atlanta, GA 30305 | gduncan@dcplaw.com | lisa@roselitigation.lawyer |
| dfs@gsllaw.com | | |
| aclark@gsllaw.com | | |
| rnl@gsllaw.com | | |

RESPECTFULLY SUBMITTED, this 12th day of September, 2019.

3212 Northlake Parkway, N.E.  
Box 450929  
Atlanta, Georgia 31145  
770.492.9013 Telephone  
770.492.9017 Facsimile  

THE LAW OFFICE OF  
TANYA MITCHELL GRAHAM, P.C.  
*Attorneys for Plaintiff*

Tanya Mitchell Graham, Esquire  
Georgia Bar No.: 513595  
Demetrius J. Price, Esquire  
Georgia Bar No.: 518237  
Kiarra L. Brown, Esquire  
Georgia Bar No.: 979459

7