IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Delicia Cordon,

          Plaintiff,        Case No. 1:19-cv-00037

v.                                   Michael L. Brown
                                      United States District Judge

LeShawn Kamel McCoy, et al.,

          Defendants.

_____/

## ORDER

The parties have announced that this case has settled.  The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner.  The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 4th day of December, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE