IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELICIA CORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 1:19-cv-00037-MLB |
| v. | ) |
| | ) |
| LESEAN KAMEL MCCOY, | ) |
| TAMARCUS JEROD PORTER, | ) |
| And LKM TRUST, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, the Parties in the above-captioned matter, with the matter having been resolved, hereby file this STIPULATION OF VOLUNTARY DISMISSAL of the above-captioned matter with prejudice.

RESPECTFULLY SUBMITTED, this 25th day of November, 2019.

THE LAW OFFICE OF
TANYA MITCHELL GRAHAM, P.C.
*Attorneys for Plaintiff*

_____
Tanya Mitchell Graham, Esq.
Georgia Bar No.: 513595
Kiarra L. Brown, Esq.
Georgia Bar No.:  979459

       3212 Northlake Parkway NE
       Box 450929
       Atlanta, Ga  31145
       Phone  770-492-9013
       Fax 770-492-9017

       GARLAND, SAMUEL & LOEB, P.C.

BY:  */s/ Donald F. Samuel*
    Georgia Bar No:  624475
    */s/ Robin N. Loeb*
    Georgia Bar No:  455702
    */s/ Amanda Clark Palmer*
    Georgia Bar No:  130608
    *Attorneys for Defendant LeSean McCoy*
    3151 Maple Drive NE
    Atlanta, GA  30305
    404-262-2225

       ROSE LITIGATION, LLC

BY:  */s/ Lisa Rose*
    Georgia Bar No:  614204
    *Attorney for Defendant T.J. Porter*
    4880 Lower Roswell Road
    Suite 165-522
    Marietta, GA  30068
    678-806-8188

       DENNIS, CURRY, SMITH & DIXON

BY:  */s/ George Duncan*
    Georgia Bar No:  233450
    *Attorney for LKM Trust*
    900 Circle 75 Parkway
    Suite 1400
    Atlanta, GA  30339
    404-926-3663

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that, pursuant to the Local Rules of the United States District Court for the Northern District of Georgia, the foregoing document entitled "PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE" complies with the font and point selections approved by the Court in Local Rule 5.1(C). The foregoing pleading was prepared using 14-point Times New Roman font, double-spaced.

RESPECTFULLY SUBMITTED, this 25th day of November, 2019.

| | |
|---|---|
| 3212 Northlake Parkway, N.E.<br>Box 450929<br>Atlanta, Georgia 31145<br>770.492.9013 Telephone<br>770.492.9017 Facsimile | THE LAW OFFICE OF<br>TANYA MITCHELL GRAHAM, P.C.<br>*Attorneys for Plaintiff*<br><br>_/s/ TMGral_<br>Tanya Mitchell Graham, Esquire<br>Georgia Bar No.: 513595<br>Kiarra L. Brown, Esquire<br>Georgia Bar No.: 979459 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the following with a copy of PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE via the Clerk of Court CM/ECF system and/or via statutory electronic service.

| Donald F. Samuel, Esq.<br>Amanda C. Palmer, Esq.<br>Robin N. Loeb, Esq.<br>3151 Maple Drive NE<br>Atlanta, GA 30305<br>dfs@gsllaw.com<br>aclark@gsllaw.com<br>rnl@gsllaw.com | George Duncan, Jr., Esq.<br>900 Circle Parkway<br>Suite 1400<br>Atlanta, GA 30309<br>gduncan@dcplaw.com | Lisa Rose, Esq.<br>4880 Lower Roswell<br>Rd. Suite 165-522<br>Marietta, GA 30068<br>lisa@roselitigation.lawyer |

RESPECTFULLY SUBMITTED, this 25th day of November, 2019.

3212 Northlake Parkway, N.E.
Box 450929
Atlanta, Georgia 31145
770.492.9013 Telephone
770.492.9017 Facsimile

THE LAW OFFICE OF
TANYA MITCHELL GRAHAM, P.C.
*Attorneys for Plaintiff*

_/s/ TMGraham_
Tanya Mitchell Graham, Esquire
Georgia Bar No.: 513595
Kiarra L. Brown, Esquire
Georgia Bar No.: 979459